# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, <br> 611 Pennsylvania Ave., SE #231 <br> Washington, D.C. 20003 <br><br> *Plaintiff,* <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, <br> 2415 Eisenhower Avenue <br> Alexandria, VA 22314 <br><br> *Defendant.* | Civil Action No.: 24-3075 |

## COMPLAINT

1. Plaintiff America First Legal Foundation (AFL) brings this action against the National Science Foundation (NSF), to compel compliance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201 *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. The Defendant, NSF, is an agency under 5 U.S.C. § 552(f), located at 2415 Eisenhower Avenue, Alexandria, VA 22314.

6. The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

7. In the early days of their administration, the Biden-Harris White House created a task force on scientific integrity to provide "a review of the impact on scientific integrity of diversity, equity, and inclusion practices" at all science-related agencies. Memorandum on Restoring Trust in Government Through Scientific Integrity and Evidence-Based Policymaking, 86 Fed. Reg. 8845 (Jan. 27, 2021).

8. Additionally, the White House and NSF ordered agencies to "[i]ncorporate DEIA [Diversity, Equity, Inclusion, and Accessibility] considerations into all aspects of science planning, execution, and communication." EXEC. OFF. OF

THE PRESIDENT, SCI. INTEGRITY FAST-TRACK ACTION COMM. OF THE NAT'L SCI. & TECH. COUNCIL, REPORT ON PROTECTING THE INTEGRITY OF GOVERNMENT (2022), at 27 https://perma.cc/PHL8-CEVX.

9. According to a recent report from the Senate Committee on Commerce, Transportation, and Science, 3,483 grants from NSF between 2021 through April 2024—totaling over $2.05 billion in federal dollars—were awarded to projects that promoted diversity, equity, and inclusion (DEI). S. COMM. ON COM., SCI., & TRANSP., 118TH CONG., REPORT ON D.E.I. DIVISION. EXTREMISM. IDEOLOGY.: HOW THE BIDEN-HARRIS NSF POLITICIZED SCIENCE (2024), at 1, https://perma.cc/Z7LC-UW9F.

10. According to the Senate report, "[w]hile only **0.29%** of all grants with start-dates in **2021** centered on DEI initiatives, by **2024, more than a quarter** (27%) of new grants pushed far-left perspectives." *Id*. at 3.

## AFL'S FOIA REQUEST

11. To better understand the background of the individuals appointed to NSF, AFL submitted a FOIA request to NSF on May 9, 2023. *See Ex. 1*.

12. This request sought a fee waiver. *See id*.

13. On May 9, 2023, NSF responded to AFL, confirming the submission of AFL's FOIA request, providing a tracking number, and providing an "estimated response date" of June 5, 2023. *See Ex. 2*.

14. As of the date of this filing, AFL has received no further communications from NSF about this request.

## CLAIM FOR RELIEF

## Violation of the FOIA, 5 U.S.C. § 552

15. AFL incorporates paragraphs 1–14 by reference.

16. AFL properly requested records within the possession, custody, and control of NSF.

17. NSF failed to conduct searches for responsive records.

18. Moreover, because NSF failed to conduct searches, it has failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

19. NSF has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

20. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

21. NSF has violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to AFL's FOIA request and release nonexempt records.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i. Declare that the records sought by AFL's requests must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

iii.  Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv.  Order the Defendant to grant AFL's requests for fee waivers;

v.  Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi.  Grant AFL such other and further relief as this Court deems proper.

Date: October 30, 2024

Respectfully Submitted

*/s/ Michael Ding*
Michael Ding (D.C. Bar No. 1027252)
Tel: (202) 964-3721
E-mail: Michael.Ding@aflegal.org
Rachel Jag* (MO Bar No. 70674)
(admission pro hac vice forthcoming)
Tel: (301) 778-4181
E-mail: Rachel.Jag@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*