**From:** Sanders, Gabriella gsanders@nsf.gov
**Subject:** NSF FOIA Request Case Number 2023-159F
**Date:** May 9, 2023 at 1:49 PM
**To:** AFL FOIA foia@aflegal.org
**Cc:** NSF FOIA foia@nsf.gov

NSF FOIA Request Case Number 2023-159F

Dear Jacob Meckler,

Your Freedom of Information Act (FOIA) request has been received and logged as FOIA 2023-159F.  Please reference this number in all communications regarding this request.

Effective September 30, 2013, the National Science Foundation (NSF) instituted a multi-track system (Simple and Complex) for processing of FOIA requests.  Your request has been placed in the Complex Track based on the amount of work and/or time needed to process the request.

The estimated response date to your request is June 5, 2023.

If your request is for copies of funded grant proposals, you may wish to contact the Principal Investigators (PI) directly as we find that most PIs are happy to share their work – though they are not required to do so.

Please be aware that if you are requesting copies of NSF funded grant proposals, under Executive Order 12,600 we are required to notify the submitter (Principal Investigator) of the request for records to allow for their review of any confidential/proprietary business information that may be contained in the funded grant.  There is no secrecy afforded to FOIA requesters and your name and affiliation is provided to the submitter/Principal Investigators.  We are permitted to allow a reasonable amount of time for the submitters' review. Your request is also forwarded to the submitter (any personal identifiers such as home addresses/home email addresses will be removed).

To speed the processing of your request we will only review and process for release to you the following grant documents: cover page, project summary, project description, and references page(s).  If you require the entire proposal, please provide this guidance by return email.

Information pertaining to the FOIA and the NSF's policies concerning records requests is available on the NSF web site https://www.nsf.gov/policies/foia.jsp.

If you have any additional questions about your request, please contact Sandra Evans at 703-292-5065 or by email at sevans@nsf.gov, or Angela Nelson at 703-292-4289 or by email at anelson@nsf.gov.

Regards,

Gabriella Sanders
Student Trainee – Admin Support Assistant
Office of General Counsel
National Science Foundation
2415 Eisenhower Ave
Alexandria, VA 22314
(703).292.8114

**From:** AFL FOIA <foia@aflegal.org>
**Sent:** Tuesday, May 9, 2023 12:38 PM
**To:** NSF FOIA <foia@nsf.gov>
**Subject:** [EXTERNAL] - Freedom of Information Act Request

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please see attached a new Freedom of Information Act request.

Thank you,
America First Legal Foundation