AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| AMERICA FIRST LEGAL FOUNDATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-3075 |
| NATIONAL SCIENCE FOUNDATION | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICA FIRST LEGAL FOUNDATION.

Date: 10/30/2024

/s/ William Scolinos
*Attorney's signature*

William Scolinos 90023488
*Printed name and bar number*

611 Pennsylvania Ave SE, #231
Washington, D.C. 20003
*Address*

william.scolinos@aflegal.org
*E-mail address*

(301) 965-0179
*Telephone number*

*FAX number*